# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re *Pamela S. Cortesi*

Case No.
Chapter *7*

_____ / Debtor

Attorney for Debtor: *Jeffrey Strange*

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.

Date: *06/28/2013*

*/s/ Pamela S. Cortesi*
Debtor

Activity Collection Sys Inc
664 Milwaukee Ave
Prospect Heights, IL 60070

Capital Management Services LP
698-1/2 Ogden Street
Buffalo, NY 14206-2317

Coldata
500 Rockaway Ave
PO Box 2998
Valley Stream, NY 11582

Pamela S. Cortesi
1781 Highland
Northbrook, IL 60062

Hanger Clinic
4501 W Peterson Ave
Suite 618
Chicago, IL 60646-5728

IL Bone and Joint Institute
5057 Paysphere Circle
Chicago, IL 60674

Jeffrey Strange
717 Ridge
Wilmette, IL 60091

Joel Cardis LLC
2006 Swede Road
Suite 100
Norristown, PA 19401

Josselyn Center
405 Central Ave
Winnetka, IL 60093

JRSI Inc.
Steven J. Fink & Associates
25 E Washinton #1233(a)
Chicago, IL 60602

LVNV Funding

Neurology & Neurodiagnostics
900 N Westmoreland
Suite 220
Lake Forest, IL 60045-1681

North Suburban Facial Surgery
1240 Meadow Road
Suite 300
Northbrook, IL 60062

Northshore University Healthsystem
4001 Searle Parkway
Suite 330
Skokie, IL 60077

Pinnacle Management Services
514 Market Loop
Suite 103
Dundee, IL  60118

Publishers Clearing House
382 Channel Drive
Port Washington, NY  11050

Quest Diagnostics
PO Box 809403
Chicago, IL  60680-9403

Sko Brenner American Inc.
40 Daniel St
Farmingdale, NY  11735

Sunrise Credit Services Inc.
PO Box 9100
Farmingdale, NY  11735-9100

Van Ru Credit Corp.
Dept. 96307
PO Box 1259
Oaks, PA  19456

Village of Northbrook
1225 Cedar Lane
Northbrook, IL  60062

Wellmark Iowa
PO Box 9232
Des Moines, IA  50306-9232

Wells Fargo
PO Box 659558 T7419-026
San Antonio, TX  78265-9558